FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BILL MEIER
LEE GABRIEL
BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

June 29, 2015

Tim B. Copeland
PO Box 399
Cedar Park, TX 78613-3977
* DELIVERED VIA E-MAIL *

Constance K. Hall
The Law Office of Constance K. Hall, PLLC
835 E. Lamar Blvd., Ste. 330
Arlington, TX 76011
* DELIVERED VIA E-MAIL *

Dee Peavy
District Attorney
Young County Courthouse
516 Fourth Street
Graham, TX 76450
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   02-15-00065-CR
                                    02-15-00066-CR
                                    02-15-00067-CR
                                    02-15-00068-CR
        Trial Court Case Number:    08792
                                    08793
                                    08796
                                    08794

Style:  Pablo Gonzales, Jr.
        v.
        The State of Texas

The appellant's brief has been filed under the date of Monday, June 29, 2015 in the above referenced cause.

The State's brief is due **Wednesday, July 29, 2015**.

You will be notified when a submission date has been set.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Shoshanna Cordova, Deputy Clerk